IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------- :
UNITED STATES OF AMERICA :
: CASE NO. 1:11 CR 302
                Plaintiff :
:
   -vs- :
:
:
MARTIN J. RUDIN : ORDER ACCEPTING PLEA AND
: JUDGMENT AND NOTICE OF HEARING
                Defendant :
------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the plea hearing of Martin J. Rudin which was referred to the Magistrate Judge with the consent of the parties.

    On 30 June 2011, the government filed a two-count information against Martin J. Rudin for operation of unlicensed money transmitting business in violation of 18 U.S.C. § 1960(a) and (b)(1)(A) and structuring, domestic financial institutions in violation of 31 U.S.C. § 5324(a)(3) and (d). On 28 July 2011, a hearing was held in which Martin J. Rudin waived indictment, executed a waiver of indictment, and entered a plea guilty before Magistrate Judge Baughman. Magistrate Judge Baughman received Martin J. Rudin's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Martin J. Rudin is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is approved.

Therefore, Marin J. Rudin is adjudged guilty of Counts One and Two of the Information in violation of 18 U.S.C. §§ 1960(a), (b)(1)(A) and 31 U.S.C. §§ 5324(a)(3) and (d)

Sentencing will be:

**6 October 2011 at 9:30 a.m.**

**Courtroom 16B**
**16th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 9/2/11

_____
UNITED STATES DISTRICT JUDGE